August 4, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

EX PARTE CARLOS FUENTES, Appellant

NO. 14-16-00367-CR

_____

This cause was heard on the transcript of the record of the court below. The State filed a motion to dismiss. The motion is GRANTED and the Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order this decision certified below for observance.